CHARLES SCHAFFER, Respondent, *v.* CONTINENTAL RECORD CO., INC., Appellant, et al., Defendants.

Argued November 13, 1947; decided November 21, 1947.

*Edward Garfield* and *Robert H. Wrubel* for appellant.

*Samuel Gottlieb, Lewis B. Stackell, Harry Lippert* and *I. Gainsburg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.